# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM ("BILL") PALYA | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:11-CV-491 |
| | § | Judge Schneider/Judge Mazzant |
| | § | |
| CITY OF BONHAM, TEXAS and | § | |
| CORBY ALEXANDER, in his official and | § | |
| individual capacities | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 10, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion to Dismiss of Defendants, City of Bonham, Texas, and Corby Alexander, in his Official and Individual Capacities (Dkt. #7) be denied.

The Court, having made a *de novo* review of Defendants' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that the Motion to Dismiss of Defendants, City of Bohnam, Texas, and Corby Alexander, in his Official and Individual Capacities (Dkt. #7) is **DENIED**.

**It is SO ORDERED.**
**SIGNED this 6th day of December, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE